IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00543-REB-CBS

TODD M. MCCARTY, M.D.,

    Plaintiff,

v.

DAVID DUNN,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    THIS MATTER IS before the court on a Motion to Withdraw as Attorneys for Defendant David Dunn do (*doc. # 15*).  ORDERED that this instant motion is GRANTED and attorneys Justin D. Cumming and Joshua Bugos are relieved of any further representation of Defendant Dunn.

    Defendant Dunn is reminded that as a *pro se* party he is personally responsible for all deadlines and hearings set by the court and for complying with all court orders and time limitations established by any applicable rules.

**DATED:**    June 20, 2011