# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00543-REB-CBS

TODD M. McCARTY, M.D.,

     Plaintiff,

v.

DAVID DUNN,

     Defendant.

## ORDER AMENDING SCHEDULING ORDER

THIS MATTER comes before the Court on the parties' Joint Motion To Amend Scheduling Order (doc. no. 21) filed on July 27, 2011, and the Court having reviewed the motion, being duly advised, and finding good cause,

**IT IS HEREBY ORDERED** that said Motion is **GRANTED.**  The Court hereby amends the Scheduling Order in this case (Docket No. 13), as follows:

| **Deadline** | **Previous deadline** | **Revised deadline** |
|---|---|---|
| Motions to amend pleadings | July 27, 2011 | August 5, 2011 |
| Designation of affirmative experts, including all information specified in Rule 26(a)(2) | August 15, 2011 | August 22, 2011 |
| Designation of rebuttal experts, including all information specified in Rule 26(a)(2) | September 15, 2011 | September 22, 2011 |

DATED at Denver, Colorado, this 3rd day of August, 2011.

                                                  BY THE COURT:

                                                  *s/Craig B. Shaffer*
                                                  Craig B. Shaffer
                                                  United States Magistrate Judge