**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 11-cv-00543-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** August 24, 2011 | **Courtroom Deputy:** Linda Kahoe |

TODD M. MCCARTY,                      Matthew D. Collins

    Plaintiff,

    v.

DAVID DUNN,                           James W. Schmehl

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session:** 10:58 a.m.
Court calls case. Appearances of counsel.

Discussion regarding the Joint Motion to Stay Litigation, doc #[24], filed 8/5/2011. The court states the motion has been referred for recommendation regarding vacating the trial date.

**ORDERED:** Within **TEN DAYS OF TODAY'S DATE**, the parties shall submit directly to Magistrate Judge Shaffer a copy of the executed agreement between Mr. McCarty and Mr. Dunn, and a copy of the signed contract with the auction company. These copies should be marked **CONFIDENTIAL** and should not be filed with the clerk's office.

**ORDERED:** The Joint Motion to Stay Litigation, doc #[24] is **HELD IN ABEYANCE** pending the submission and review of the agreement and the contract.

HEARING CONCLUDED.

**Court in recess**:     **11:04 a.m.**
Total time in court:    00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.