**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-00543-REB-CBS

TODD M. McCARTY, M.D.,

     Plaintiff,

v.

DAVID DUNN,

     Defendant

---

**ORDER OF ADMINISTRATIVE CLOSURE**

---

**Blackburn, J.**

     The matter is before me on the **Joint Motion To Administratively Close This Action** [#28][1] filed September 8, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be closed administratively.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the  **Joint Motion To Administratively Close This Action** [#28] filed September 8, 2011, is **GRANTED**;

     2.  That the Trial Preparation Conference set for March 2, 2012, and the jury trial set to commence March 19, 2012, are **VACATED**;

     3.  That any pending motion is **DENIED** as moot;

     4.  That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**; and

---

[1]"[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

5.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated September 9, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge