**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.11-cv-00543-REB-CBS

TODD M. McCARTY, M.D.,

    Plaintiff,

v.

DAVID DUNN,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Motion To Reopen This Action and Dismiss it With Prejudice** [#36][1] filed November 14, 2012. After reviewing the motion and the record, I conclude that the motion should be granted, that this case should be reopened, and that this case should then be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Reopen This Action and Dismiss it With Prejudice** [#36] filed November 14, 2012, is **GRANTED**;

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action; and

---

[1] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That this action is now **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 14, 2012, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge